# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
HRB Winddown, Inc., et al., and Alan D. Halperin
    Debtor

_____

Alan D. Halperin

    Plaintiff

    vs.

Unicare International Limited

    Defendant(s)

Bankruptcy Case No.: 19–12689–BLS

Bankruptcy Chapter:  11

Adv. Proc. No.:  21–51404–BLS

### JUDGMENT BY DEFAULT

On 9/26/23, default was entered against defendant(s) Unicare International Limited. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Unicare International Limited in the amount of $885,351.88 plus court filing costs in the amount of $350.00.

Date: 9/26/23

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)