# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HRB WINDDOWN, INC., *et al.*,[1] | Case No. 19-12689 (BLS) |
| Debtor. | |
| Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust, | |
| Plaintiff, | Adv. No. 21-51404 |
| vs. | |
| Unicare International Limited, | |
| Defendant. | |

## SATISFACTION OF JUDGMENT

At your convenience, please mark the judgment entered by the Court on September 26, 2023, in favor of Plaintiff and against Defendant, Unicare International Limited, in the above-captioned proceeding as satisfied.

Dated: January 22, 2024

**BIELLI & KLAUDER, LLC**

By: */s/ David M. Klauder*
David M. Klauder, Esq., DE SBN 5769
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
Email: dklauder@bk-legal.com

*-and-*

---

[1] The last four digits of the Debtor's federal tax identification number are 5871, and the Debtor's mailing address is HRB Winddown Inc., c/o Ocean Ridge Capital Advisors, LLC, 56 Harrison Street, Suite 203A, New Rochelle, NY 10801.

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
Email: jsteinfeld@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10165
Telephone: (212) 267-7342
Email: eneiger@askllp.com

*Counsel for Plaintiff, Alan D. Halperin, as Liquidating Trustee of the High Ridge Brands Liquidating Trust*